# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL ACTION NO. |
| SHAWN LOUIS GOODMAN, : | 1:04-CR-33-1-RWS |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 122]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 122] is hereby approved and adopted as the opinion and order of this Court. As such, Movant's Motion [Doc. No. 121] is DENIED, and a Certificate of Appealability is DENIED.

SO ORDERED this 15th day of May, 2017.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)